PETER H. CUTTITTA – SBN 3050
Email: cuttitta@portersimon.com
BRIAN HANLEY – SBN 9052
Email: hanley@portersimon.com
PORTER SIMON
Professional Corporation
675 Sierra Rose Dr., Suite 116
Reno, NV 89511
Telephone: (775) 322-6767
Facsimile: (530) 587-1316

CHARLES N. FREIBERG – Admitted *Pro Hac Vice*
Email: cfreiberg@kasowitz.com
BRIAN P. BROSNAHAN – Admitted *Pro Hac Vice*
Email: bbrosnahan@kasowitz.com
DAVID A. THOMAS – Admitted *Pro Hac Vice*
Email: dthomas@kasowitz.com
JACOB N. FOSTER – Admitted *Pro Hac Vice*
Email: jfoster@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for PLAINTIFFS
SUSAN K. MYERS and MICHAEL F. MYERS

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN K. MYERS and MICHAEL F. MYERS, Individuals,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES ARCHIBALD, et al.<br><br>Defendants. | **Case No: 3:10-cv-258-RCJ-RAM**<br><br>**DECLARATION OF DAVID A. THOMAS IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

I, David A. Thomas, declare the following:

1.      I am an attorney with the law firm of Kasowitz, Benson, Torres & Friedman LLP, attorneys for Plaintiffs Susan K. Myers and Michael F. Myers in this action.  I have personal

---

Thomas Decl. in Support of Motion for Leave to File Second Amended Complaint; Case No. 3:10-cv-258-RCJ-RAM

1  knowledge of the facts stated in this declaration, and, if required to do so, could and would testify thereto.

2. On April 28, 2011, I sent a copy of Plaintiffs' proposed Second Amended Complaint to Defendants' counsel Louis M. Ciavarra and AiVi Nguyen at Bowditch & Dewey, LLP. A true and correct copy of my April 28, 2011, email to Mr. Ciavarra and Ms. Nguyen, (excluding the attachment) is attached as **Exhibit A** hereto.

3. On April 29, 2011, I sent a follow-up email regarding the proposed Second Amended Complaint to Ms. Nguyen, with a copy to Mr. Ciavarra. Mr. Ciavarra responded that, while he thought the proposed Second Amended Complaint would be fine, he would not be able to review it until Thursday, May 5. A true and correct copy of my April 29, 2011, email to Ms. Nguyen and Mr. Ciavarra's response is attached as **Exhibit B** hereto.

4. Although we are hopeful Defendants will stipulate to the filing of the proposed Second Amended Complaint, the filing of Plaintiffs' Motion for Leave to File Second Amended Complaint is necessary to comply with the May 2, 2011 deadline for filing a motion to amend or to add parties. If after review, Defendants stipulate to the filing the proposed Second Amended Complaint, Plaintiffs will withdraw the motion after such a stipulation has been approved and entered by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of May in San Francisco, California.

                    By: /s/David A. Thomas
                        David A. Thomas

# EXHIBIT A

# Christopher "Casey" McNamara

| | |
|---|---|
| **From:** | David A. Thomas |
| **Sent:** | Thursday, April 28, 2011 5:10 PM |
| **To:** | 'Ciavarra, Louis M.'; 'anguyen@bowditch.com' |
| **Cc:** | Charles N. Freiberg; 'Peter Cuttitta' |
| **Subject:** | Myers v. Archibald - Second Amended Complaint |
| **Attachments:** | SANFRAN-#8091423-v4-MYERS_Second_Amended_Complaint.DOC |
| **Importance:** | High |

Lou and AiVi,

Please find attached a Second Amended Complaint that we propose to file. We would appreciate it if you could take a look at it tomorrow (Friday) and let us know by the end of the day Pacific time on Friday whether defendants will stipulate to its filing. Of course, any such stipulation would be without waiver of, or other prejudice to, defendants' rights to assert any defenses to plaintiffs' claims. Given that the deadline to file a motion for leave to amend is Monday, May 2, we will need to file such a motion on Monday if defendants will not stipulate to the filing of the amended complaint. If defendants will so stipulate, we will forward to you a draft stipulation and proposed order for the filing of the amended complaint as soon as possible.

If you wish to discuss anything about this, please don't hesitate to let us know. I will be out of the office tomorrow (but checking e-mail), but Charlie Freiberg will be available (415-655-4326) if you need to speak with him. Thanks much for your consideration.

Best regards,

Dave

# EXHIBIT B

Case 3:10-cv-00258-RCJ -RAM   Document 90-1   Filed 05/02/11   Page 5 of 8

# Christopher "Casey" McNamara

**From:** Ciavarra, Louis M. [LCIAVARRA@bowditch.com]
**Sent:** Friday, April 29, 2011 3:27 PM
**To:** David A. Thomas; Nguyen, AiVi
**Cc:** Charles N. Freiberg
**Subject:** Re: Myers v. Archibald - Subpoena to Steve Oshins

David. I am out till thursday and have not seen it. While I am sure its fine we have to wait till I get back

**From:** David A. Thomas [mailto:DThomas@kasowitz.com]
**Sent:** Friday, April 29, 2011 06:22 PM
**To:** Nguyen, AiVi
**Cc:** Charles N. Freiberg <CFreiberg@kasowitz.com>; Ciavarra, Louis M.
**Subject:** RE: Myers v. Archibald - Subpoena to Steve Oshins

AiVi,

Have you and/or Lou had an opportunity to review the amended complaint and to determine whether you'll stipulate to its filing (of course, without waiver of defendants' rights to assert any defenses)?

Thanks,

Dave


David A Thomas
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2300
San Francisco, California 94111
Tel. (415) 655-4332
Fax (415) 520-5983
DThomas@kasowitz.com


**From:** Nguyen, AiVi [mailto:anguyen@bowditch.com]
**Sent:** Friday, April 29, 2011 4:45 AM
**To:** David A. Thomas; Ciavarra, Louis M.
**Cc:** Charles N. Freiberg
**Subject:** RE: Myers v. Archibald - Subpoena to Steve Oshins

David and Charles,

It was an oversight on my part for not sending out a Notice of Steve Oshins' subpoena. Yes, I can confirm that the May 3 date was simply a place holder. We can discuss the timeline of when Mr. Oshins will produce the documents as well as the substance of his production.

In the meantime, I will review your proposed Amended Complaint and get back to you today.

AiVi Nguyen
Associate
Bowditch & Dewey, LLP

1

311 Main Street
P O Box 15156
Worcester, MA  01615-0156
T: 508-926-3402
F: 508-929-3023
anguyen@bowditch.com


**From:** David A. Thomas [mailto:DThomas@kasowitz.com]
**Sent:** Thursday, April 28, 2011 9:02 PM
**To:** Ciavarra, Louis M.; Nguyen, AiVi
**Cc:** Charles N. Freiberg
**Subject:** Myers v. Archibald - Subpoena to Steve Oshins
**Importance:** High

Lou and AiVi,

We understand that today your office served a subpoena for the production of documents on Steve Oshins, requiring the production of documents at your office in Massachusetts this coming Tuesday, May 3. We were surprised to learn that this subpoena, as we did not receive any notice of it as required pursuant to FRCP 45(b)(1). The subpoena also is invalid because, among other reasons, it does not afford Mr. Oshins a reasonable time for compliance and requires production at a place more than 100 miles from his location.

In addition, the subpoena requires the production of attorney-client privileged and attorney work product materials. As you will recall, we had stipulated to production of a limited scope of attorney-client privileged communications between the Myerses and the Oshins firm without waiver of the privilege. We intend to send you soon a more formal version of the stipulation, to be submitted to the court as part of a stipulation and proposed order in accordance with our agreement. In the interim, we object to the production of any attorney-client privileged materials or information.

Under these circumstances, we assume that the May 3 date in the subpoena is just a placeholder and that the parties and Mr. Oshins can and will work out an appropriate date and approach for the production of documents from the Oshins firm. We actually believe it may be easiest for us to coordinate with the Oshins firm directly to provide you with the documents you're seeking, but we can discuss this further. In the meantime, please promptly confirm to us and Mr. Oshins that he and his firm are not expected to comply with the subpoena by May 3 and that the parties will work out among themselves and Mr. Oshins an appropriate time and approach for production.

Best regards,

Dave

David A Thomas
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2300
San Francisco, California 94111
Tel. (415) 655-4332
Fax (415) 520-5983
DThomas@kasowitz.com

2

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

Communications from our firm may contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service standards (Circular 230), we are required to inform you that only formal, written tax opinions meeting the requirements of Circular 230 may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code.

This e-mail message is generated from the law firm of Bowditch & Dewey, LLP and contains information that is confidential and may be privileged as an attorney/client communication or as attorney work product. The information is intended to be disclosed solely to the addressee(s). If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email information is prohibited. If you have received this email in error, please notify the sender by return email and delete it from your computer system. For more information about Bowditch & Dewey, please visit our web site at www.bowditch.com

Communications from our firm may contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service standards (Circular 230), we are required to inform you that only formal, written tax opinions meeting the requirements of Circular 230 may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code.

This e-mail message is generated from the law firm of Bowditch & Dewey, LLP and contains information that is confidential and may be privileged as an attorney/client communication or as attorney work product. The information is intended to be disclosed solely to the addressee(s). If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email information is prohibited. If you have received this email in error, please notify the sender by return email and delete it from your computer system. For more information about Bowditch & Dewey, please visit our web site at www.bowditch.com