1  PETER H. CUTTITTA – SBN 3050
   Email: cuttitta@portersimon.com
2  BRIAN HANLEY – SBN 9052
   Email: hanley@portersimon.com
3  PORTER SIMON
   Professional Corporation
4  675 Sierra Rose Dr., Suite 116
   Reno, NV 89511
5  Telephone: (775) 322-6767
   Facsimile:  (530) 587-1316
6
   CHARLES N. FREIBERG – Admitted *Pro Hac Vice*
7  Email: cfreiberg@kasowitz.com
   BRIAN P. BROSNAHAN – Admitted *Pro Hac Vice*
8  Email: bbrosnahan@kasowitz.com
   DAVID A. THOMAS – Admitted *Pro Hac Vice*
9  Email: dthomas@kasowitz.com
   JACOB N. FOSTER – Admitted *Pro Hac Vice*
10 Email: jfoster@kasowitz.com
   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
11 101 California Street, Suite 2300
   San Francisco, CA 94111
12 Telephone: (415) 421-6140
   Facsimile:  (415) 398-5030
13
   Attorneys for Plaintiffs
14 SUSAN K. MYERS, MICHAEL F. MYERS
   and KEITH J. GOTT
15

16             **UNITED STATES DISTRICT COURT**

17             **FOR THE DISTRICT OF NEVADA**

18 SUSAN K. MYERS, individually and as         | Case No: 3:10-cv-258-RCJ-RAM
   trustee of the Susan K. Myers Living Trust  |
19 dated January 8, 2001, MICHAEL F.           | **CERTIFICATE OF SERVICE**
   MYERS, individually and as trustee of the   |
20 Susan Myers Massachusetts Trust, dated July |
   11, 2008, and KEITH J. GOTT, as trustee of  |
21 the Michael F. Myers Massachusetts Trust,   |
   dated October 23, 2008, and the Michael F.  |
22 Myers Massachusetts Trust, dated December   |
   3, 2008,                                    |
23
                     Plaintiffs,
24
         v.
25
   JAMES ARCHIBALD and PORT CAPITAL
26 MANAGEMENT LLC, a limited liability
   company,
27
                     Defendants.
28

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I, JANE SULLIVAN, declare that I am a citizen of the United States and I am over 18 years of age. I am not a party to the above entitled action. My business address is 101 California Street, Suite 2300, San Francisco, California 94111.

On May 11, 2011, I caused the attached document entitled:

**SECOND AMENDED COMPLAINT FOR: 1) FRAUD AND MISREPRESENTATION; 2) FRAUD BASED ON CONCEALMENT AND OMISSION; 3) NEGLIGENT MISREPRESENTATION AND OMISSION; 4) BREACH OF FIDUCIARY DUTY; 5) PROFESSIONAL NEGLIGENCE; 6) UNJUST ENRICHMENT; 7) VIOLATION OF NEVADA'S CONSUMER PROTECTION LAWS; DEMAND FOR JURY TRIAL**

to be sent the following:

Louis M. Ciavarra, Esq.
AiVi Nguyen, Esq.
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156

Email: lciavarra@bowditch.com
Email: anguyen@bowditch.com
Tel. No.: 508-926-3408
Fax No.: 508-929-3011

Attorneys for Defendants JAMES ARCHIBALD and PORT CAPITAL MANAGEMENT, LLC

Stephen C. Balkenbush, Esq.
THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER
6590 S. McCarran, Suite B
Reno, NV 89509

Email: sbalkenbush@thorndal.com
Telephone: (775) 786-2882
Facsimile: (775) 786-8004

Attorneys for Defendants JAMES ARCHIBALD and PORT CAPITAL MANAGEMENT, LLC

☒ **By Electronic Service (LR 5-3)**. I caused the above-documents to be electronically filed on this date with the clerk of the Court using the CM/ECF system, which will automatically e-serve the same on the attorneys of record indicated on the generated Notice of Electronic Filing and served as follows any attorneys of record which are designated on the Clerk's Service List(*) to require alternate service as follows:

☐ **By Mail**. I placed the above-documents in sealed envelope(s), with postage thereon fully prepaid, for collection and mailing at San Francisco, California, following ordinary business practices. I am readily familiar with the practices of Kasowitz, Benson, Torres and Friedman for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

☐ **By Federal Express**. I served such envelope or package to be delivered on the same day to

2

1  an authorized courier or driver authorized by Federal Express to receive documents, in an envelope or package designated by Federal Express.

2

3  ☐ **By Personal Service**.  I caused the above documents to be delivered by hand to the addressee(s) noted above.

4

5  ☐ **By Facsimile**.  I caused the above documents to be served via facsimile electronic equipment transmission to the number indicated after the address(es) noted above.

6  ☐ **By Email**.  I caused the above documents to be served via email transmission to the e-mail address(es) noted above.

7

8  I declare under penalty of perjury that the foregoing is true and correct.

9  Executed on May 11, 2011 at San Francisco, California.

10

11

12                                                                                              Jane Sullivan

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3