# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Nevada** | **County of Clark** | **United State District Court** |

Case Number: 3:10-CV-00258-RJC-RAM

Plaintiff:
**SUSAN K. MYERS and MICHAEL F. MYERS**

vs.

Defendant:
**JAMES ARCHIBALD, an individual KARL HAHN, an individual, PORT CAPITAL MANAGEMENT, et al**

Received by Bullet Legal Services on the 28th day of April, 2011 at 9:22 am to be served on **STEVEN J. OSHINS, Oshins And Associates, LLC, 1645 Village Center Circle, Suite 170, Las Vegas, NV 89134**.

I, Anthony Spada, being duly sworn, depose and say that on the **28th day of April, 2011** at **12:35 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the *SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, EXHIBIT 1 and REQUEST FOR DOCUMENTS* to: **CRISTINE PARRINO** as Legal Assistant For Steven Oshins, authorized to accept, at the address of: **Oshins And Associates, LLC, 1645 Village Center Circle, Suite 170, Las Vegas, NV 89134**.

I certify that at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made.

Subscribed and Sworn to before me on the 2nd day of May, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
BERT LOTT
Appt. No. 07-4864-1
My Appt. Expires Sept. 14, 2011

**Anthony Spada**
2571589

**Bullet Legal Services**
1930 Village Center Circle, #3-965
Las Vegas, NV 89134
(702) 823-1000

Our Job Serial Number: BRT-2011001108
Ref: 52848

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i