1   PETER H. CUTTITTA – SBN 3050
    Email: cuttitta@portersimon.com
2   BRIAN HANLEY – SBN 9052
    Email: hanley@portersimon.com
3   PORTER SIMON
    Professional Corporation
4   675 Sierra Rose Dr., Suite 116
    Reno, NV 89511
5   Telephone:  (775) 322-6767
    Facsimile:   (530) 587-1316
6
    CHARLES N. FREIBERG – Admitted *Pro Hac Vice*
7   Email: cfreiberg@kasowitz.com
    BRIAN P. BROSNAHAN – Admitted *Pro Hac Vice*
8   Email: bbrosnahan@kasowitz.com
    DAVID A. THOMAS – Admitted *Pro Hac Vice*
9   Email: dthomas@kasowitz.com
    JACOB N. FOSTER – Admitted *Pro Hac Vice*
10  Email: jfoster@kasowitz.com
    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
11  101 California Street, Suite 2300
    San Francisco, CA 94111
12  Telephone:  (415) 421-6140
    Facsimile:  (415) 398-5030
13
    Attorneys for Plaintiffs
14  SUSAN K. MYERS, MICHAEL F. MYERS
    and KEITH J. GOTT
15

16                **UNITED STATES DISTRICT COURT**

17               **FOR THE DISTRICT OF NEVADA**

18  SUSAN K. MYERS, individually and as          **Case No: 3:10-cv-258-RCJ-RAM**
    trustee of the Susan K. Myers Living Trust
19  dated January 8, 2001, MICHAEL F.            **STIPULATION AND [PROPOSED] ORDER**
    MYERS, individually and as trustee of the    **RE AMENDMENT TO DISCOVERY PLAN**
20  Susan Myers Massachusetts Trust, dated July
    11, 2008, and KEITH J. GOTT, as trustee of
21  the Michael F. Myers Massachusetts Trust,
    dated October 23, 2008, and the Michael F.
22  Myers Massachusetts Trust, dated December
    3, 2008,
23
24                    Plaintiffs,

25            v.

26  JAMES ARCHIBALD and PORT CAPITAL
    MANAGEMENT LLC, a limited liability
27  company,

28                    Defendants.

────────────────────────────────────────────

STIPULATION AND ORDER RE AMENDMENT TO DISCOVERY PLAN

1       WHEREAS, on February 22, 2011, the Court approved and entered the parties' stipulated

2   Proposed Discovery Plan (Dkt. No. 88), which, among other things, set various deadlines for

3   discovery events and certain filings in this action;

4       WHEREAS, since the entry of the Proposed Discovery Plan, the parties have proceeded

5   with discovery expeditiously, including propounding and exchanging written discovery requests,

6   producing several thousand pages of documents each, meeting and conferring about discovery

7   disputes both in writing and telephonically, and propounding discovery to third parties;

8       WHEREAS, the parties have engaged in good faith discussions about a potential resolution

9   of Plaintiffs' claims and have agreed to proceed with private mediation in an effort to resolve the

10   dispute;

11       WHEREAS, the parties have scheduled a mediation on September 13, 2011 in Chicago,

12   Illinois before the Honorable Richard E. Neville (Ret.) of JAMS, which also will be attended by at

13   least one other party associated with this dispute;

14       WHEREAS, the parties wish to avoid unnecessarily expending substantial additional sums

15   in pursuing discovery and expert work over the next several months while the parties await

16   commencement of mediation and a potential settlement through that process;

17       NOW, THEREFORE, it is hereby stipulated and agreed, by and between plaintiff Susan K.

18   Myers ("Susan") and plaintiff Michael F. Myers ("Michael") (together, the "Myerses") and

19   plaintiff Keith J. Gott (collectively, "Plaintiffs") and defendants James Archibald and Port Capital

20   Management LLC (together, "Defendants"), through undersigned counsel, that the Discovery Plan

21   entered on February 22, 2011, is amended as follows (the enumerated paragraphs below

22   correspond to the enumerated paragraphs in the Discovery Plan entered on February 22, 2011):

23       4.       Discovery Cut-Off.  All discovery shall be completed by **February 22, 2012**.

24       6.       Expert Disclosures.  Initial expert disclosures shall be made on or before

25   **December 23, 2011**.  Rebuttal expert disclosures shall be made on or before **January 30, 2012**.

26       7.       Dispositive Motions.  Dispositive motions shall be filed on or before **March 19,**

27   **2012**.

28

1

STIPULATION AND ORDER RE AMENDMENT TO DISCOVERY PLAN

8.   Pretrial Order.  The Pretrial Order shall be filed on or before **April 18, 2012**, which is thirty (30) days after the deadline for filing dispositive motions, unless dispositive motions have been filed, in which case the Pretrial Order will be due thirty (30) days after a decision or further order of the Court.

DATED:  July 20, 2011        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


By:      /s/ Charles N. Freiberg
         Charles N. Freiberg (Admitted *Pro Hac Vice*)
         101 California Street, Suite 2300
         San Francisco, CA 94111

         Attorneys for Plaintiffs
         Susan K. Myers, Michael F. Myers, and Keith J. Gott


DATED:  July 20, 2011        BOWDITCH & DEWEY LLP


By:      /s/ Louis M. Ciavarra
         Louis M. Ciavarra (Admitted *Pro Hac Vice*)
         311 Main Street
         Worcester, MA 01608

         Attorneys for Defendants
         James Archibald and Port Capital Management LLC


     Pursuant to the parties' stipulation, and good cause appearing,

**IT IS SO ORDERED**.


Dated: July ___, 2011        _____
                             Honorable Robert A. McQuaid, Jr.
                             United States Magistrate Judge

2

STIPULATION AND ORDER RE AMENDMENT TO DISCOVERY PLAN