PETER H. CUTTITTA – SBN 3050
Email: cuttitta@portersimon.com
BRIAN HANLEY – SBN 9052
Email: hanley@portersimon.com
PORTER SIMON
Professional Corporation
675 Sierra Rose Dr., Suite 116
Reno, NV 89511
Telephone:  (775) 322-6767
Facsimile:   (530) 587-1316

CHARLES N. FREIBERG – Admitted *Pro Hac Vice*
Email: cfreiberg@kasowitz.com
BRIAN P. BROSNAHAN – Admitted *Pro Hac Vice*
Email: bbrosnahan@kasowitz.com
DAVID A. THOMAS – Admitted *Pro Hac Vice*
Email: dthomas@kasowitz.com
JACOB N. FOSTER – Admitted *Pro Hac Vice*
Email: jfoster@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

Attorneys for Plaintiffs
SUSAN K. MYERS, MICHAEL F. MYERS
and KEITH J. GOTT

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN K. MYERS, individually and as trustee of the Susan K. Myers Living Trust dated January 8, 2001, MICHAEL F. MYERS, individually and as trustee of the Susan Myers Massachusetts Trust, dated July 11, 2008, and KEITH J. GOTT, as trustee of the Michael F. Myers Massachusetts Trust, dated October 23, 2008, and the Michael F. Myers Massachusetts Trust, dated December 3, 2008, | Case No: **3:10-cv-258-RCJ-RAM** **CERTIFICATE OF SERVICE** |
| Plaintiffs, | |
| v. | |
| JAMES ARCHIBALD and PORT CAPITAL MANAGEMENT LLC, a limited liability company, | |
| Defendants. | |

1

## CERTIFICATE OF SERVICE

2

3          I, JO ANNE CHILDRESS, declare that I am a citizen of the United States and I am over
18 years of age.  I am not a party to the above entitled action.  My business address is 101

4     California Street, Suite 2300, San Francisco, California 94111.

5          On July 20, 2011, I caused the attached document entitled:

6          **STIPULATION AND [PROPOSED] ORDER RE AMENDMENT TO
           DISCOVERY PLAN**

7

8     to be sent to the following:

9     Louis M. Ciavarra, Esq.                    Stephen C. Balkenbush, Esq.
      AiVi Nguyen, Esq.                          THORNDAL, ARMSTRONG, DELK,
10    Bowditch & Dewey, LLP                      BALKENBUSH & EISINGER
      311 Main Street                            6590 S. McCarran, Suite B
11    P.O. Box 15156                             Reno, NV 89509
      Worcester, MA 01615-0156
12                                               Email:  sbalkenbush@thorndal.com
13    Email:  lciavarra@bowditch.com             Telephone:  (775) 786-2882
      Email:  anguyen@bowditch.com               Facsimile:  (775)  786-8004
14    Tel. No.: 508-926-3408
      Fax No.: 508-929-3011                      Attorneys for Defendants JAMES
15                                               ARCHIBALD and PORT CAPITAL
                                                 MANAGEMENT, LLC
16    Attorneys for Defendants JAMES
      ARCHIBALD and PORT CAPITAL
17    MANAGEMENT, LLC

18

19    ☒ **By Electronic Service (LR 5-3)**.  I caused the above-documents to be electronically filed on
      this date with the clerk of the Court using the CM/ECF system, which will automatically e-serve
20    the same on the attorneys of record indicated on the generated Notice of Electronic Filing and
      served as follows any attorneys of record which are designated on the Clerk's Service List(*) to
21    require alternate service as follows:

22    **By Mail**.  I placed the above-documents in sealed envelope(s), with postage thereon fully prepaid,
      for collection and mailing at San Francisco, California, following ordinary business practices.  I
23    am readily familiar with the practices of Kasowitz, Benson, Torres and Friedman for processing of
      correspondence, said practice being that in the ordinary course of business, correspondence is
24    deposited in the United States Postal Service the same day as it is placed for processing.

25

26    **By Federal Express**.  I served such envelope or package to be delivered on the same day to an
      authorized courier or driver authorized by Federal Express to receive documents, in an envelope or
27    package designated by Federal Express.

28

**By Personal Service**.  I caused the above documents to be delivered by hand to the addressee(s) noted above.

**By Facsimile**.  I caused the above documents to be served via facsimile electronic equipment transmission to the number indicated after the address(es) noted above.

**By Email**.  I caused the above documents to be served via email transmission to the e-mail addresses noted above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2011 at San Francisco, California.

Jo Anne Childress