PETER H. CUTTITTA – SBN 3050
Email: cuttitta@portersimon.com
BRIAN HANLEY – SBN 9052
Email: hanley@portersimon.com
PORTER SIMON
Professional Corporation
675 Sierra Rose Dr., Suite 116
Reno, NV 89511
Telephone: (775) 322-6767
Facsimile: (530) 587-1316

CHARLES N. FREIBERG – Admitted *Pro Hac Vice*
Email: cfreiberg@kasowitz.com
BRIAN P. BROSNAHAN – Admitted *Pro Hac Vice*
Email: bbrosnahan@kasowitz.com
DAVID A. THOMAS – Admitted *Pro Hac Vice*
Email: dthomas@kasowitz.com
JACOB N. FOSTER – Admitted *Pro Hac Vice*
Email: jfoster@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Plaintiffs
SUSAN K. MYERS, MICHAEL F. MYERS
and KEITH J. GOTT

**FILED** / **ENTERED** / **RECEIVED** / **SERVED ON COUNSEL/PARTIES OF RECORD**

JUL 2 1 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN K. MYERS, individually and as trustee of the Susan K. Myers Living Trust dated January 8, 2001, MICHAEL F. MYERS, individually and as trustee of the Susan Myers Massachusetts Trust, dated July 11, 2008, and KEITH J. GOTT, as trustee of the Michael F. Myers Massachusetts Trust, dated October 23, 2008, and the Michael F. Myers Massachusetts Trust, dated December 3, 2008,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES ARCHIBALD and PORT CAPITAL MANAGEMENT LLC, a limited liability company,<br><br>Defendants. | Case No: 3:10-cv-258-RCJ-RAM<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE AMENDMENT TO DISCOVERY PLAN |

STIPULATION AND ORDER RE AMENDMENT TO DISCOVERY PLAN

1  WHEREAS, on February 22, 2011, the Court approved and entered the parties' stipulated Proposed Discovery Plan (Dkt. No. 88), which, among other things, set various deadlines for discovery events and certain filings in this action;

WHEREAS, since the entry of the Proposed Discovery Plan, the parties have proceeded with discovery expeditiously, including propounding and exchanging written discovery requests, producing several thousand pages of documents each, meeting and conferring about discovery disputes both in writing and telephonically, and propounding discovery to third parties;

WHEREAS, the parties have engaged in good faith discussions about a potential resolution of Plaintiffs' claims and have agreed to proceed with private mediation in an effort to resolve the dispute;

WHEREAS, the parties have scheduled a mediation on September 13, 2011 in Chicago, Illinois before the Honorable Richard E. Neville (Ret.) of JAMS, which also will be attended by at least one other party associated with this dispute;

WHEREAS, the parties wish to avoid unnecessarily expending substantial additional sums in pursuing discovery and expert work over the next several months while the parties await commencement of mediation and a potential settlement through that process;

NOW, THEREFORE, it is hereby stipulated and agreed, by and between plaintiff Susan K. Myers ("Susan") and plaintiff Michael F. Myers ("Michael") (together, the "Myerses") and plaintiff Keith J. Gott (collectively, "Plaintiffs") and defendants James Archibald and Port Capital Management LLC (together, "Defendants"), through undersigned counsel, that the Discovery Plan entered on February 22, 2011, is amended as follows (the enumerated paragraphs below correspond to the enumerated paragraphs in the Discovery Plan entered on February 22, 2011):

4.  Discovery Cut-Off. All discovery shall be completed by **February 22, 2012**.

6.  Expert Disclosures. Initial expert disclosures shall be made on or before **December 23, 2011**. Rebuttal expert disclosures shall be made on or before **January 30, 2012**.

7.  Dispositive Motions. Dispositive motions shall be filed on or before **March 19, 2012**.

8. <u>Pretrial Order.</u> The Pretrial Order shall be filed on or before **April 18, 2012**, which is thirty (30) days after the deadline for filing dispositive motions, unless dispositive motions have been filed, in which case the Pretrial Order will be due thirty (30) days after a decision or further order of the Court.

DATED: July 20, 2011          KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By:   /s/ Charles N. Freiberg
      Charles N. Freiberg (Admitted *Pro Hac Vice*)
      101 California Street, Suite 2300
      San Francisco, CA 94111

      Attorneys for Plaintiffs
      Susan K. Myers, Michael F. Myers, and Keith J. Gott

DATED: July 20, 2011          BOWDITCH & DEWEY LLP

By:   /s/ Louis M. Ciavarra
      Louis M. Ciavarra (Admitted *Pro Hac Vice*)
      311 Main Street
      Worcester, MA 01608

      Attorneys for Defendants
      James Archibald and Port Capital Management LLC

Pursuant to the parties' stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Dated: July 21, 2011

_____
Honorable Robert A. McQuaid, Jr.
United States Magistrate Judge

2
STIPULATION AND ORDER RE AMENDMENT TO DISCOVERY PLAN