PETER H. CUTTITTA – SBN 3050
Email: cuttitta@portersimon.com
BRIAN HANLEY – SBN 9052
Email: hanley@portersimon.com
PORTER SIMON
Professional Corporation
675 Sierra Rose Dr., Suite 116
Reno, NV 89511
Telephone:  (775) 322-6767
Facsimile:   (530) 587-1316

CHARLES N. FREIBERG – Admitted *Pro Hac Vice*
Email: cfreiberg@kasowitz.com
BRIAN P. BROSNAHAN – Admitted *Pro Hac Vice*
Email: bbrosnahan@kasowitz.com
DAVID A. THOMAS – Admitted *Pro Hac Vice*
Email: dthomas@kasowitz.com
JACOB N. FOSTER – Admitted *Pro Hac Vice*
Email: jfoster@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

Attorneys for Plaintiffs
SUSAN K. MYERS, MICHAEL F. MYERS
and KEITH J. GOTT

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN K. MYERS, individually and as trustee of the Susan K. Myers Living Trust dated January 8, 2001, MICHAEL F. MYERS, individually and as trustee of the Susan Myers Massachusetts Trust, dated July 11, 2008, and KEITH J. GOTT, as trustee of the Michael F. Myers Massachusetts Trust, dated October 23, 2008, and the Michael F. Myers Massachusetts Trust, dated December 3, 2008,<br><br>                    Plaintiffs,<br><br>          v.<br><br>JAMES ARCHIBALD and PORT CAPITAL MANAGEMENT LLC, a limited liability company,<br><br>                    Defendants. | **Case No: 3:10-cv-258-RCJ-WGC**<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Susan K. Myers, Michael F. Myers, and Keith J. Gott and defendants James Archibald and Port Capital Management LLC, through undersigned counsel, that this action is DISMISSED WITH PREJUDICE.

DATED: December 28, 2011         KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By:   /s/ Charles N. Freiberg
      Charles N. Freiberg (Admitted *Pro Hac Vice*)
      101 California Street, Suite 2300
      San Francisco, CA 94111

      Attorneys for Plaintiffs
      Susan K. Myers, Michael F. Myers, and Keith J. Gott

DATED: December 28, 2011         BOWDITCH & DEWEY LLP

By:   /s/ Louis M. Ciavarra
      Louis M. Ciavarra (Admitted *Pro Hac Vice*)
      311 Main Street
      Worcester, MA 01608

      Attorneys for Defendants
      James Archibald and Port Capital Management LLC