1 | PETER H. CUTTITTA – SBN 3050
Email: cuttitta@portersimon.com
2 | BRIAN HANLEY – SBN 9052
Email: hanley@portersimon.com
3 | PORTER SIMON
Professional Corporation
4 | 675 Sierra Rose Dr., Suite 116
Reno, NV 89511
5 | Telephone:  (775) 322-6767
Facsimile:   (530) 587-1316
6 |
CHARLES N. FREIBERG – Admitted *Pro Hac Vice*
7 | Email: cfreiberg@kasowitz.com
BRIAN P. BROSNAHAN – Admitted *Pro Hac Vice*
8 | Email: bbrosnahan@kasowitz.com
DAVID A. THOMAS – Admitted *Pro Hac Vice*
9 | Email: dthomas@kasowitz.com
JACOB N. FOSTER – Admitted *Pro Hac Vice*
10 | Email: jfoster@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
11 | 101 California Street, Suite 2300
San Francisco, CA 94111
12 | Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030
13 |
Attorneys for Plaintiffs
14 | SUSAN K. MYERS, MICHAEL F. MYERS
and KEITH J. GOTT
15 |

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN K. MYERS, individually and as trustee of the Susan K. Myers Living Trust dated January 8, 2001, MICHAEL F. MYERS, individually and as trustee of the Susan Myers Massachusetts Trust, dated July 11, 2008, and KEITH J. GOTT, as trustee of the Michael F. Myers Massachusetts Trust, dated October 23, 2008, and the Michael F. Myers Massachusetts Trust, dated December 3, 2008,<br><br>                    Plaintiffs,<br><br>          v.<br><br>JAMES ARCHIBALD and PORT CAPITAL MANAGEMENT LLC, a limited liability company,<br><br>                    Defendants. | **Case No: 3:10-cv-258-RCJ-WGC**<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Susan K. Myers, Michael F. Myers, and Keith J. Gott and defendants James Archibald and Port Capital Management LLC, through undersigned counsel, that this action is DISMISSED WITH PREJUDICE.

DATED: December 28, 2011    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: /s/ Charles N. Freiberg
Charles N. Freiberg (Admitted *Pro Hac Vice*)
101 California Street, Suite 2300
San Francisco, CA 94111

Attorneys for Plaintiffs
Susan K. Myers, Michael F. Myers, and Keith J. Gott

DATED: December 28, 2011    BOWDITCH & DEWEY LLP

By: /s/ Louis M. Ciavarra
Louis M. Ciavarra (Admitted *Pro Hac Vice*)
311 Main Street
Worcester, MA 01608

Attorneys for Defendants
James Archibald and Port Capital Management LLC

IT IS SO ORDERED.

_____
ROBERT C. JONES
Dated: This 29th day of December, 2011.